UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MERRICK BANK CORPORATION,

            Plaintiff,

v.

ROYAL GROUP SERVICES, LTD, LLC, a Michigan
limited liability company, and GREGORY RICHMOND,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No.: 1:15-cv-05120

**RULE 7.1 STATEMENT**

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Merrick Bank Corporation ("Merrick") certify that Merrick is a wholly-owned subsidiary of CardWorks, Inc., which is not a publicly traded corporation and there is no publicly traded corporation that owns 10% or more of Merrick's stock.

Dated: New York, New York
       July 1, 2015

                                      SATTERLEE STEPHENS BURKE & BURKE LLP

                                      By: */s/ Daniel G. Gurfein*

                                      Daniel G. Gurfein
                                      James Regan
                                      Michael Cabin
                                      230 Park Avenue
                                      New York, New York 10169
                                      dgurfein@ssbb.com
                                      T: (212) 818-9200
                                      F: (212) 818-9606

                                      *Attorneys for Plaintiff Merrick Bank*
                                      *Corporation*