UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MERRICK BANK CORPORATION,

                      Plaintiff,

    -against-

ROYAL GROUP SERVICES, LTD, LLC, a
Michigan limited liability company, and
GREGORY RICHMOND,

                      Defendants.
------------------------------------------------------------- X

**ORDER DENYING MOTION TO DISMISS**

15 Civ. 5120 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Having already refashioned the Second Amended Complaint in ruling on Defendants' motion for summary judgment, and having determined that there are genuine issues of fact regarding the remaining claims, I am not inclined to rule again on the sufficiency of the pleadings. Defendants' motion is denied without prejudice to raising these issues at trial.

       The oral argument scheduled for April 6, 2020 is canceled. The Clerk is directed to close the open motion (ECF No. 115). The parties shall appear for a status conference on May 15, 2020 at 10:00 a.m. to regulate further proceedings and set a date for trial.

       SO ORDERED.

Dated:    New York, New York               /s/ Alvin K. Hellerstein
            March 26, 2020                  ALVIN K. HELLERSTEIN
                                                  United States District Judge