UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MERRICK BANK CORPORATION,

                    Plaintiff,

    -against-

ROYAL GROUP SERVICES, LTD, LLC, a
Michigan limited liability company, and
GREGORY RICHMOND,

                    Defendants.
-------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

15 Civ. 5120 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Today, May 15, 2020, I held a status conference in the above-captioned matter.

As discussed at the conference, further proceedings are scheduled as follows:

1. The parties shall complete fact depositions by October 9, 2020.

2. The parties shall meet to discuss settlement at the office of Plaintiff's counsel on October 14, 2020 at 2:00 p.m.

3. The next status conference shall take place on October 23, 2020 at 10:00 a.m.

      SO ORDERED.

Dated:    New York, New York               /s/ Alvin K. Hellerstein
           May 15, 2020                      ALVIN K. HELLERSTEIN
                                                United States District Judge