```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
MERRICK BANK CORPORATION,                                     :   ORDER ON MOTION FOR
                                                              :   DISCOVERY
                              Plaintiff,                      :
                                                              :   15 Civ. 5120 (AKH)
      -against-                                               :
                                                              :
ROYAL GROUP SERVICES, LTD, LLC, a                             :
Michigan limited liability company, and                       :
GREGORY RICHMOND,                                             :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

In response to the parties' joint letter motion for discovery, ECF No. 126, I rule as follows:

1. Plaintiff's objection to production of the Valley National Bank statements is overruled. The bank statements appear to be relevant to Defendants' theory of the case, and do not appear to present undue burden or expense.

2. Plaintiff's objection to production of documents provided to Ally Financial, Inc. is sustained. Defendants' discovery request is not specifically tied to any theory of relevance, invades the work-product privilege of in-house counsel, and presents excessive burden and expense.

3. Plaintiff's objection to production of attorney billing records is sustained. Issues relating to attorneys' fees shall await the completion of the case.

The Clerk is directed to close the open motion, ECF No. 126.

SO ORDERED.

| | | |
|---|---|---|
| Dated: | New York, New York<br>June 23, 2020 |     /s/ Alvin K. Hellerstein<br>ALVIN K. HELLERSTEIN<br>United States District Judge |